**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| MIRZA R. UDDIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 6:26-cv-03229-MBB |
| | ) | |
| MATHEW PUTER, in his official capacity as | ) | |
| Field Office Director of the Immigration and | ) | |
| Customs Enforcement and Removal Operations | ) | |
| Kansas City Field Office, *et al.* | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER TO SHOW CAUSE WHY PETITION FOR WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED

Pursuant to 28 U.S.C. § 2243, Respondents are ORDERED to show cause on or before April 24, 2026, why the Petition for Writ of Habeas Corpus should not be granted. Petitioner shall have until and including May 1, 2026, to file a Reply addressing the Response if he wishes to do so.

The Clerk of Court shall deliver a copy of this Order to:

United States Attorney's Office
ATTN: Jeffrey Ray
Charles Evans Whittaker Courthouse
Room 5510
400 E. 9th Street
Kansas City, MO 64106

Mirza R. Uddin
Chase County Facility
301 S Walnut St
Cottonwood Falls, KS 66845

**IT IS SO ORDERED.**

/s/ Megan Blair Benton
MEGAN BLAIR BENTON
UNITED STATES DISTRICT JUDGE

Dated: April 17, 2026